FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 08, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>  vs.<br><br>1962 CHEVROLET IMPALA<br>VIN #21867J176741,<br><br>               Defendant. | No.   2:24-CV-0412-JAG<br><br>ORDER GRANTING UNITED STATES' MOTION FOR DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE |

BEFORE the Court is Plaintiff's Motion for Default Judgment and Final Order of Forfeiture. ECF No. 11-1.

Plaintiff alleged in a Verified Complaint for Forfeiture *In Rem* that the Defendant Property captioned above is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881. ECF No. 1.

The Court has jurisdiction over this matter under 28 U.S.C. § 1355, and venue is proper under the same statute.

The Defendant Property being sought for forfeiture is described as follows:

- 1962 CHEVROLET IMPALA, VIN #21867J176741

ORDER ~ 1

On April 11, 2025, the United States Marshal's Service returned the executed Warrant of Arrest *In Rem*. ECF No. 8.

In accordance with Fed. R. Civ. P. Rule G(4)(a), notice of civil forfeiture was posted on an official government website, www.forfeiture.gov, beginning February 12, 2025, and ending March 13, 2025. ECF No. 7.

In accordance with Fed. R. Civ. P. Rule G(4)(b), Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, all known potential claimants were served with notice of this forfeiture action. ECF No. 6.

On April 25, 2025, a Clerk's Order of Default was entered against Druscilla R. Acosta, Dalton T. Sharp, and Lewis A. Tharp. ECF No. 10.

No timely claims to the Defendant Property have been received or filed with the Court, and the deadline for filing timely claims has passed.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's Motion for Default Judgment and Final Order of Forfeiture, **ECF No. 11**, is **GRANTED.**

A Default judgment is entered against the interests Druscilla R. Acosta, Dalton T. Sharp, and Lewis A. Tharp. The Defendant Property is hereby forfeited to the United States of America and no right, title, or interest shall exist in any other person or entity.

**IT IS FURTHER ORDERED** that the United States Marshals Service shall dispose of the forfeited property described herein in accordance with law.

ORDER    2

The Court shall retain jurisdiction in the case for the purpose of enforcing or amending this Order. The District Court Clerk is directed to enter this Order and provide copies to counsel and to the United States Marshal Service.

DATED October 8, 2025.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER ~ 3